# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| Ruslan Lebedev vs. Ryobi Technologies, Inc., One World Technologies, Inc., and Home Depot U.S.A., Inc. | FILED: AUGUST 8, 2008<br>08CV4484<br>JUDGE KOCORAS<br>MAGISTRATE JUDGE KEYS<br>JFB |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff - Ruslan Lebedev

| | |
|---|---|
| **NAME** (Type or print)<br>Michael M. Cushing | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ Michael M. Cushing | |
| **FIRM**<br>Law Offices of F. John Cushing III, P.C. | |
| **STREET ADDRESS**<br>29 S. LaSalle, suite 240 | |
| **CITY/STATE/ZIP**<br>Chicago, Illinois 60603 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS)<br>6281237 | **TELEPHONE NUMBER**<br>(312) 726-2323 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ✓   APPOINTED COUNSEL ☐ | |