# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                          Case Number: 08 cv 4484

RUSLAN LEBEDEV,   Plaintiff
vs.
RYOBI TECHNOLOGIES, INC., ONE WORLD
TECHNOLOGIES, INC. and HOME DEPOT U.S.A., INC.,
Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants, Ryobi Technologies, Inc., One World Technologies, Inc. and Home Depot U.S.A., Inc.

| | |
|---|---|
| **NAME (Type or print)** <br> Robert R. McNamara | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Robert R. McNamara | |
| **FIRM** <br> Johnson & Bell, Ltd. | |
| **STREET ADDRESS** <br> 33 West Monroe Street - Suite 2700 | |
| **CITY/STATE/ZIP** <br> Chicago, Illinois 60603 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** <br> ARDC No. 6194965 | **TELEPHONE NUMBER** <br> (312) 984-0258 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |