IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RUSLAN LEBEDEV, | ) | |
| | ) | |
| Plaintiff | ) | |
| v.s. | ) | No.:   08 CV 4484 |
| | ) | |
| RYOBI TECHNOLOGIES, INC., ONE WORLD TECHNOLOGIES, INC. and HOME DEPOT U.S.A., INC., | ) ) ) | Judge Kocoras Magistrate Judge Keys |
| | ) | |
| Defendants | ) | |

**PLAINTIFF'S ANSWERS TO DEFENDANTS' AFFIRMATIVE DEFENSES**

Now Comes the Plaintiff, RUSLAN LEBEDEV, by and through his attorneys Law Offices of F. John Cushing III, P.C., answering the Affirmative Defenses of the Defendants. In support thereof the Plaintiff states as follows:

**FIRST AFFIRMATIVE DEFENSE**

The Plaintiff denies the allegations contained in the Defendants First Affirmative Defense.

**SECOND AFFIRMATIVE DEFENSE**

The Plaintiff denies the allegations contained in the Defendants Second Affirmative Defense.

**THIRD AFFIRMATIVE DEFENSE**

The Plaintiff denies the allegations contained in the Defendants Third Affirmative Defense.

## FOURTH AFFIRMATIVE DEFENSE

The Plaintiff denies the allegations contained in the Defendants Fourth Affirmative Defense.

## FIFTH AFFIRMATIVE DEFENSE

The Plaintiff denies the allegations contained in the Defendants Fifth Affirmative Defense.

## SIXTH AFFIRMATIVE DEFENSE

The Plaintiff denies the allegations contained in the Defendants Sixth Affirmative Defense.

## SEVENTH AFFIRMATIVE DEFENSE

The Plaintiff denies the allegations contained in the Defendants Seventh Affirmative Defense.

## EIGHTH AFFIRMATIVE DEFENSE

The Plaintiff denies the allegations contained in the Defendants Eighth Affirmative Defense.

## NINTH AFFIRMATIVE DEFENSE

The Plaintiff denies the allegations contained in the Defendants Ninth Affirmative Defense.

## TENTH AFFIRMATIVE DEFENSE

The Plaintiff denies the allegations contained in the Defendants Tenth Affirmative Defense.

### ELEVENTH AFFIRMATIVE DEFENSE

The Plaintiff denies the allegations contained in the Defendants Eleventh Affirmative Defense.

### TWELFTH AFFIRMATIVE DEFENSE

The Plaintiff denies the allegations contained in the Defendants Twelfth Affirmative Defense.

WHEREFORE the Plaintiff denies that the Defendants are entitled to judgment in their favor and requests this Honorable Court enters judgment against the Defendants, and each of them, and in favor of the Plaintiff.

Respectfully submitted,

LAW OFFICES OF F. JOHN CUSHING III, P.C.

s/Michael M. Cushing/

Law Offices of F. John Cushing III, P.C.
29 S. LaSalle, Suite 240
Chicago, IL 60603
(312) 726-2323
Firm I.D. 02498

### CERTIFICATE OF SERVICE

I certify that on August 27, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Michael M. Cushing   Bar #6281237
Attorney for the Plaintiff
Law Offices of F. John Cushing III, P.C.
29 S. LaSalle, Suite 240
Chicago, IL 60603
P: (312) 726-2323
F: (312) 726-2344
Email: mcushing@cushinglaw.com

3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RUSLAN LEBEDEV, ) | |
| ) | |
| Plaintiff ) | |
| v.s. ) | No.: 08 CV 4484 |
| ) | |
| RYOBI TECHNOLOGIES, INC., ONE ) | |
| WORLD TECHNOLOGIES, INC. and ) | Judge Kocoras |
| HOME DEPOT U.S.A., INC., ) | Magistrate Judge Keys |
| ) | |
| Defendants ) | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on the 27th day of August 2008 we filed to the Clerk of the United States District Court for the Northern District of Illinois Eastern Division: **PLAINTIFF'S ANSWERS THE DEFENDANTS' AFFIRMATIVE DEFENSES**.

Respectfully submitted,

LAW OFFICES OF F. JOHN CUSHING III, P.C.

s/Michael M. Cushing/

Law Offices of F. John Cushing III, P.C.
29 S. LaSalle, Suite 240
Chicago, IL 60603
(312) 726-2323
Firm I.D. 02498

## CERTIFICATE OF SERVICE

I certify that on August 27, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Michael M. Cushing    Bar #6281237
Attorney for the Plaintiff
Law Offices of F. John Cushing III, P.C.
29 S. LaSalle, Suite 240
Chicago, IL 60603
P: (312) 726-2323
F: (312) 726-2344
Email: mcushing@cushinglaw.com